NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEAH DENNIS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NA,<br><br>　　　　　　Defendant. | Civil Action No.: 11-4135 (JLL)<br><br>**ORDER ADOPTING NOVEMBER 21, 2011 REPORT AND RECOMMENDATION** |

This matter comes before the Court by way of Plaintiff's objections to Magistrate Hammer's Report and Recommendation and Order dated November 21, 2011. For the reasons set forth in the Court's corresponding Opinion,

IT IS on this 23rd day of December, 2011,

**ORDERED** that objection to the Report and Recommendation is overruled; and it is further

**ORDERED** that the Report and Recommendation is hereby adopted in full.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　Jose L. Linares
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge